## STATE OF CONNECTICUT *v.* MICHAEL G. SMITH

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 592 (AC 28280), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Jeffrey C. Kestenband,* in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided April 21, 2009

## STATE OF CONNECTICUT *v.* ERIC ROSARIO

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 79 (AC 27959), is denied.

*John W. Watson,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided April 21, 2009

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 142 (AC 28268), is denied.